

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-16-00065-CV

Hugo Xavier **DE LOS SANTOS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20086
The Honorable Tonya Parker, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The Court has considered appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court